IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGMON L. HAWKINS, on behalf of himself and all others similarly situated

    Plaintiff,

v.

S2VERIFY.COM,

    Defendant.

No. C 15-03502 WHA

**ORDER GRANTING IN PART STIPULATION TO EXTEND OPPOSITION DEADLINE**

The parties have filed a stipulation to extend the due date for plaintiff's opposition to defendant's motion to strike from August 24 to September 14. The reasons given are that there has been some turnover at plaintiff counsel's firm and the partner in charge of the case is on vacation until August 19. This does not warrant a three-week extension. Plaintiff's opposition shall be due on **AUGUST 31, 2015.** Defendant's reply is due **SEPTEMBER 9, 2015.** The October 1, 2015, hearing date remains in place.

**IT IS SO ORDERED.**

Dated: August 19, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE