IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGMON L. HAWKINS, on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br><br>  v.<br><br>S2VERIFY.COM,<br><br>    Defendant. | No. C 15-03502 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue this motion.

**IT IS SO ORDERED.**

Dated: September 30, 2015.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE