1  Michael A. Caddell (State Bar No. 249469)
   mac@caddellchapman.com
2  Cynthia B. Chapman (State Bar No. 164471)
   cbc@caddellchapman.com
3  CADDELL & CHAPMAN
   1331 Lamar, Suite 1070
4  Houston TX 77010-3027
   Telephone: (713) 751-0400
5  Facsimile: (713) 751-0906

6  *Attorneys for Plaintiff*

7  Brian H. Gunn (SBN 192594)
   *bhgunn@wolfewyman.com*
8  Andrew A. Bao (SBN 247092)
9  *aabao@wolfewyman.com*
   WOLFE & WYMAN LLP
10 2175 N. California Blvd., Suite 645
   Walnut Creek CA 94596-3502
11 Telephone: (925) 280-0004
12 Facsimile: (925) 280-0005

13 *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| REGMON L. HAWKINS, i*ndividually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>S2VERIFY, *a foreign limited liability company, and* IPC INTERNATIONAL CORP., a *foreign corporation*<br><br>*Defendants.* | Case No. 3:15-CV-03502-WHA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND SETTING DEFENDANT S2VERIFY'S ANSWER DATE**<br><br>Date:   N/A<br>Time: N/A<br>Place:  Courtroom 8, 19th Floor<br>Hon.    William H. Alsup<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

# [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND SETTING DEFENDANT S2VERIFY'S ANSWER DATE

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties have stipulated that Plaintiff Regmon L. Hawkins may file the First Amended Complaint attached as Exhibit 1 to the Stipulation. The parties further stipulated that Defendant S2Verify may file its answer no later than 21 days after Plaintiff files the proposed First Amended Complaint. It is therefore

ORDERED that Plaintiff Regmon L. Hawkins file the First Amended Complaint attached as Exhibit 1 to the Stipulation immediately upon entry of this order. It is further

ORDERED that Defendant S2VERIFY may file its answer no later than 21 days after Plaintiff files the proposed First Amended Complaint. Should the 21st day fall on a weekend or holiday, the answer shall be due on the first non-weekend or non-Holiday thereafter.

Dated: October 26, 2015.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE