IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGMON L. HAWKINS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>S2VERIFY, LLC,<br><br>    Defendant.<br>_____ / | No. C 15-03502 WHA<br><br>**ORDER DENYING MOTION TO STAY DISCOVERY AND MODIFYING CLASS CERTIFICATION DEADLINE** |

In this putative class action regarding alleged violations of the Fair Credit Reporting Act, defendant S2Verify has moved for a stay of all discovery pending the Supreme Court's decision in *Spokeo, Inc. v. Robbins*, in which oral argument took place on November 2. In *Spokeo*, the question pending before the Supreme Court is:

> Whether Congress may confer Article III standing upon a plaintiff who suffers no concrete harm, and who therefore could not otherwise invoke the jurisdiction of a federal court, by authorizing a private right of action based on a bare violation of a federal statute.

In our case, however, named plaintiff Regmon Hawkins has alleged harm going well beyond the bare violation of a federal statute. Thus, notwithstanding the Supreme Court's decision in *Spokeo*, plaintiff's case will move forward and discovery will proceed. Defendant's motion for a stay of discovery is **DENIED**.

It is conceivable, however, that the Supreme Court's decision in *Spokeo* could affect the construction of a potential class at the Rule 23 stage. Currently, plaintiff's motion for class certification is due on February 4, 2016, to be heard on the normal 35-day track. The case management order shall be modified as follows: Plaintiff's class certification motion shall be due on **FEBRUARY 4 OR TWENTY-ONE CALENDAR DAYS AFTER** the Supreme Court issues its decision in *Spokeo* — whichever comes later. To illustrate, if the Supreme Court hands down the *Spokeo* decision on January 31, then plaintiff's class certification motion will be due on February 21. If *Spokeo* comes down on January 1, then plaintiff's class certification motion will still be due on February 4.

**IT IS SO ORDERED.**

Dated: November 19, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2