**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Andrew A. Bao (SBN 247092)**
*aabao@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:  (925) 280-0005

**Attorneys for Defendant**
**S2VERIFY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| REGMON L. HAWKINS, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>S2VERIFY, a foreign limited liability company, and IPC INTERNATIONAL CORP., a foreign corporation,<br><br>　　　　　　Defendants. | Case No.:  3:15-cv-03502 WHA<br><br>**STIPULATION TO CONTINUE HEARING ON S2VERIFY'S MOTION TO DISMISS AND EXTEND DEADLINE FOR DEFENDANT TO FILE A REPLY UNDER CIVIL LOCAL RULE 6-2**<br><br>Hon. William H. Alsup<br><br>Action Filed:  06/16/2015<br>Trial Date:    None set. |

**TO THE COURT AND ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 6-2, Defendant S2VERIFY ("Defendant" and/or "S2V") and Plaintiff REGMON L. HAWKINS ("Plaintiff") (collectively referred to as "Parties") hereby stipulate as follows:

## RECITALS

WHEREAS, Defendant S2V currently has a Motion to Dismiss Plaintiff's First Amended Complaint set for hearing on December 24, 2015;

WHEREAS, Plaintiff filed his response to S2V's Motion to Dismiss on November 30, 2015;

WHEREAS, S2V's reply to Plaintiff's response is currently due on December 7, 2015.

1
**STIPULATION TO CONTINUE HEARING AND EXTEND DEADLINE FOR REPLY**

WHEREAS, the Parties' counsel of record have agreed to continue the hearing date on S2V's Motion to Dismiss to January 7, 2016;

WHEREAS, this stipulation will not alter the date of any other event or deadline already fixed by the court.

## STIPULATION

Pursuant to Local Rule 6-2, the Parties hereby stipulate that:

1. The hearing date on Defendant S2V's Motion to Dismiss be continued to January 7, 2016; and

2. Defendant S2V shall have until December 14, 2015 to file a reply to Plaintiff's response to the Motion to Dismiss.

**IT IS SO STIPULATED.**

DATED:  December 7, 2015          WOLFE & WYMAN LLP

                                  By: /s/ Andrew A. Bao SBN 247092
                                      BRIAN H. GUNN
                                      ANDREW A. BAO
                                  Attorneys for Defendant
                                  S2VERIFY

DATED:  December 7, 2015          CADDELL & CHAPMAN

                                  By: /s/ Michael A. Caddell (w/authorization)
                                      MICHAEL A. CADDELL
                                  Attorneys for Plaintiff
                                  REGMON L. HAWKINS

# DECLARATION OF ANDREW BAO

I, ANDREW BAO, declare:

1. I am an attorney with the firm of Wolfe & Wyman LLP, attorneys of record Defendant S2Verify ("S2V") and I am licensed to practice before the U.S. District Court, Northern District of California. The matters set forth in this declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. On November 16, 2015, I caused to be filed a FRCP Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). The hearing was set for December 24, 2015. Plaintiff filed the Opposition to the Motion on November 30, 2015. S2V's reply brief is due on or before December 7, 2015.

3. On December 4, 2015, I contacted Plaintiff's counsel of record to request a 2 court day extension to file the reply brief to December 9, 2015. The reason for seeking this brief extension was to accommodate a scheduling conflict. Plaintiff's counsel of record advised that he would provide an extension to file if we moved the December 24, 2015 hearing date. Given that December 24, 2015 is Christmas Eve and the court is dark on December 31, 2015, Plaintiff's counsel of record and I agreed to continue the Motion hearing date until January 7, 2015 , the next available court date to hear civil motions.

4. Defendant has not previously sought any modification of the December 24, 2015 hearing. However, the Parties have previously filed several stipulations relating to the pleadings in this matter (Docket Doc. No. 16, 26, 30). I do not believe this stipulation will effect any other future dates or deadlines already set by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of December, 2015 at Walnut Creek, California.

/s/ Andrew A. Bao  SBN 247092
ANDREW A. BAO

## **ORDER**

The Court, having reviewed the Stipulation to Continue Hearing Date and Extend Deadline for Reply, and good cause appearing therefore, makes the following Order:

1. The hearing date on Defendant S2V's Motion to Dismiss be continued to January 7, 2016; and

2. Defendant S2V shall have until December 14, 2015 to file a reply to Plaintiff's response to the Motion to Dismiss.

IT IS SO ORDERED.

Dated: December 7, 2015.  
U.S. DISTRICT COURT JUDGE

**ORDER ON STIPULATION TO CONTINUE HEARING AND EXTEND DEADLINE**