**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGMON L. HAWKINS, individually and
on behalf of all others similarly situated,

     Plaintiff,

  v.

S2VERIFY, a foreign limited liability
company, and IPC INTERNATIONAL
CORP., a foreign corporation,

     Defendants.

                                  /

No. C 15-03502 WHA

**ORDER SETTING HEARING
RE PLAINTIFF'S
DISCOVERY DISPUTE**

Pursuant to plaintiff's letter of December 7, 2015, the Court **SETS** a three-hour
meet-and-confer starting from **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON MONDAY,
DECEMBER 14**, in the Court's jury room in the federal courthouse.  At 11:00 a.m., the Court
shall hear any remaining discovery issue(s).  Defendants' response is due by noon on Friday,
December 11.

     Please note that only those lawyers who personally participate in the meet-and-confer in
the Court's jury room may argue at the hearing.

     **IT IS SO ORDERED.**

Dated:  December 10, 2015.

                     WILLIAM ALSUP
                     UNITED STATES DISTRICT JUDGE