1  **Brian H. Gunn (SBN 192594)**
   *bhgunn@wolfewyman.com*
2  **Andrew A. Bao (SBN 247092)**
   *aabao@wolfewyman.com*
3  **WOLFE & WYMAN LLP**
   **2175 N. California Blvd., Suite 645**
4  **Walnut Creek, California 94596-3502**
   **Telephone:  (925) 280-0004**
5  **Facsimile:   (925) 280-0005**

6  **Attorneys for Defendant**
   **S2VERIFY**
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  REGMON L. HAWKINS, on behalf of himself and all others similarly situated, | Case No.: 3:15-cv-03502 WHA |
| 12                   Plaintiff, | **[PROPOSED]** ORDER RE: DISCOVERY |
| 13       v. | Date:   December 14, 2015 |
| 14  S2VERIFY, a foreign limited liability company, | Time:   11:00 a.m. Place:  Courtroom 8, 19th Floor |
| 15                   Defendant. | Hon. William H. Alsup |
| 16 | Trial Date:    None set. Action Filed:  06/16/2015 |

19

20       A hearing on Plaintiff REGMON L. HAWKIN ("Plaintiff")'s discovery issues set forth in a

21  December 7, 2015 letter (Docket Doc No. 50) was heard before this Court on December 14, 2015.

22  Michael Caddell appeared on behalf of Plaintiff, and Andrew A. Bao appeared on behalf of

23  Defendant S2VERIFY ("S2V").

24       Having considered the moving and opposing papers, oral arguments, and being fully advised,

25  the Court hereby orders as follows:

26       The deposition of Defendant S2V Pursuant to FRCP 30(B)(1) will take place on Monday,

27  December 21, 2015, at 9:00 A.M. Eastern Standard Time, 260 Peachtree Street NW, Suite 2200,

28

Atlanta, Georgia, 30303. The deposition is limited to 7 hours. This deposition date can be moved only upon an agreement in writing between Caddell & Chapman and Wolfe & Wyman LLP.

For the reasons set forth on the record, the Court is ordering Defendant S2V to produce all consumer reports responsive to Plaintiff's Request for Production of Documents, Set One, Requests 7-10, as set forth in Plaintiff's December 7, 2015 letter (Docket Doc No. 50). The Court is cognizant that S2V cannot produce private information of third parties absent a permissible purpose due to the provisions of the Fair Credit Reporting Act, codified as 15 U.S.C. §1681 et seq. ("FCRA"). In issuing this order, the Court provides S2V with the "permissible purpose" requirements under 15 U.S.C. §1681b(a)(1). All responsive documents subject to this paragraph shall be produced before the deposition referenced in the preceding paragraph is taken, or Plaintiff will have the opportunity to conduct a second deposition of that deponent following production of the responsive documents.

Defendant S2V's counsel is to invoice Plaintiff's counsel of record for one-half of the reasonable costs of production of these documents.

**IT IS SO ORDERED.**

DATED: December 16, 2015.

WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE