IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGMON L. HAWKINS, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

S2VERIFY LLC,

    Defendant.

No. C 15-03502 WHA

**ORDER REGARDING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION**

    An earlier order fixed the deadline for a motion for class certification to be 21 days after the Supreme Court issued its decision in *Spokeo*. On May 16, 2016, the Supreme Court issued a decision in *Spokeo*. Plaintiff's motion for class certification shall be due **June 6, 2016.**

    **IT IS SO ORDERED.**

Dated: May 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE