**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGMON L. HAWKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S2VERIFY LLC,<br><br>Defendant. / | No. C 15-03502 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE BRIEFING SCHEDULE** |

The parties submitted a stipulation to continue the briefing deadlines related to plaintiff's motion for class certification. The parties failed to consider the need of the Court to prepare for the motion hearing. Defendant's opposition **SHALL BE DUE ON JUNE 22, 2016**, and plaintiff's reply **SHALL BE DUE ON JULY 6, 2016.**

**IT IS SO ORDERED.**

Dated: June 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE