IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGMON L. HAWKINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S2VERIFY LLC,<br><br>Defendant. | No. C 15-03502 WHA<br><br>**NOTICE REGARDING HEARING ON CLASS CERTIFICATION** |

At the hearing on July 21, 2016, counsel should be prepared to address what the class-wide method of proof will be as to whether the salaries of the jobs applied for by class members equaled, or could have reasonably been expected to equal, $75,000.

**IT IS SO ORDERED.**

Dated: July 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE