IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| REGMON L. HAWKINS, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>S2VERIFY, *a foreign limited liability company*,<br><br>*Defendant.* | Case No. 3:15-cv-03502 WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL OF COUNT I OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom 8, 19th Floor<br>Hon.   William H. Alsup<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL OF COUNT I OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

The parties have filed a stipulation for dismissal of the claims pled under Count I of Plaintiff's First Amended Complaint (the "Stipulation"), brought under 15 U.S.C. §1681e(b) and 1681k(a)(1)-(2). (*See* Dkt. 35 ¶¶ 60-62).

Having considered the Stipulation, the Court hereby orders as follows:

The Stipulation is GRANTED.  Claims pled under Count I of the Plaintiff's First Amended Complaint (Dkt. 35 ¶¶ 60-62) are hereby DISMISSED, WITHOUT PREJUDICE. Plaintiff's other claims, Count II and Count III (*id*. ¶¶63—69), will remain in the case as pled.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 3, 2016.          By:  _____
                                       Hon. William Alsup
                                       United States District Judge