1  **Brian H. Gunn (SBN 192594)**
   *bhgunn@wolfewyman.com*
2  **Andrew A. Bao (SBN 247092)**
   *aabao@wolfewyman.com*
3  **WOLFE & WYMAN LLP**
   **2175 N. California Blvd., Suite 645**
4  **Walnut Creek, California 94596-3502**
   **Telephone:  (925) 280-0004**
5  **Facsimile:   (925) 280-0005**

6  **Attorneys for Defendant**
   **S2VERIFY**

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

| 11 | REGMON L. HAWKINS, on behalf of himself and all others similarly situated, | Case No.: 3:15-cv-03502 WHA |
|---|---|---|
| 12 |  | **S2VERIFY'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER** |
| 13 | Plaintiff, |  |
| 14 | v. |  |
| 15 | S2VERIFY, a foreign limited liability company, and IPC INTERNATIONAL CORP., a foreign corporation, |  |
| 16 |  | Date: September 8, 2016<br>Time: 8:00 a.m.<br>Place: Courtroom 8, 19th Floor |
| 17 | Defendants. |  |
|  |  | Hon. William H. Alsup |
| 18 |  | Trial Date:   October 17, 2016<br>Action Filed: June 16, 2015 |

24  **TO THE HONORABLE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

25       **PLEASE TAKE NOTICE** that on July 20, 2016, Defendant S2Verify filed its Motion for

26  Summary Judgment, or alternatively, Partial Summary Judgment under Federal Rules of Civil

27  Procedure ("FRCP") Rule 56 ("Motion") with this Court as Document No. 76.  The Motion was set

28  to be heard on September 8, 2016 before the Hon. William H. Alsup.

                                          1
            **NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT; ORDER**

2506468.1

As of the date of this notice, please be advised that Defendant S2VERIFY hereby withdraws its Motion for Summary Judgment, in its entirety.

DATED: August 2, 2016               WOLFE & WYMAN LLP

                                    By: /s/ Andrew A. Bao  (SBN 247092)
                                        BRIAN H. GUNN
                                        ANDREW A. BAO
                                    Attorneys for Defendant
                                    **S2VERIFY**

## ORDER

Pursuant to the notice provided by Defendant S2VERIFY above, it's Motion for Summary Judgment, previously set for September 8, 2016, is hereby withdrawn.

IT IS SO ORDERED.

DATED: August 3, 2016.              _____
                                    UNITED STATES DISTRICT COURT JUDGE