**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO**

| | |
|---|---|
| REGMON L. HAWKINS, *individually and on behalf of all others similarly situated,*<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>S2VERIFY, *a foreign limited liability company,*<br><br>　　　　*Defendant.* | Case No. 3:15-cv-03502 WHA<br><br>~~[PROPOSED]~~ **ORDER APPROVING CLASS NOTICE PLAN**<br><br>Date:  N/A<br>Time:  N/A<br>Place:  Courtroom 8, 19th Floor<br>Hon.　William H. Alsup<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**~~[PROPOSED]~~ ORDER APPROVING CLASS NOTICE PLAN**

The parties have submitted a Joint Proposal for Class Notification (Dkt. ____), along with a proposed Notice of Class Certification and Request for Exclusion (the "Notice") attached as Exhibit 1, to be mailed to Class members. The Court finds that the proposal complies with due process and the requirements of FED. R. CIV. P. 23(c)(2)(B) to provide the "best notice practicable under the circumstances." It is therefore

ORDERED that the Notice attached as Exhibit 1 to the Joint Proposal for Class Notification is approved for direct mailing to Class members. It is further

ORDERED that American Legal Claims Services, LLC is appointed as the class administrator for the purpose of administering direct mailing to class members and assisting with processing opt-outs to the class. It is further

ORDERED that the deadline for mailing all Notices is September　6　, 2016.

Dated: ___August 22, 2016.___

By: _____
　　　Hon. William Alsup
　　United States District Judge