IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGMON L. HAWKINS, on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br><br>  v.<br><br>S2VERIFY.COM,<br><br>    Defendant.<br>_____/ | No. C 15-03502 WHA<br><br>**ORDER APPROVING STIPULATION TO VACATE TRIAL DATES PENDING RESOLUTION OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

The Court is in receipt of the parties' stipulation to vacate the pre-trial conference and trial dates pending resolution of the pending joint motion for preliminary approval of class action settlement. The stipulation is hereby **APPROVED**. The pre-trial conference scheduled for October 5, 2016, is hereby **VACATED**. The trial scheduled to begin on October 17, 2016, is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 28, 2016.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE