# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| REGMON L. HAWKINS, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>S2VERIFY, *a foreign limited liability company,*<br><br>*Defendant.* | Case No. 3:15-cv-03502 WHA |

## DECLARATION OF STEVEN R. PLATT REGARDING SETTLEMENT ADMINISTRATION EXPENSES

I, Steven R. Platt, declare as follows:

1. I am a competent adult, over the age of eighteen, and this declaration is based upon my personal knowledge.

2. I am an employee of American Legal Claim Services, LLC ("ALCS"). ALCS was appointed as the Class Administrator for the purpose of disseminating the Notice of Proposed Class Action Settlement and Final Approval Hearing ("Notice") and administering the distribution of award checks to the Class. I am principally responsible for overseeing the dissemination of notice to the Class and the distribution of Class Awards.

3. On October 20, 2016, I submitted to the Court a declaration in support of the Joint Motion for Preliminary Approval of Class Action Settlement (Doc. 102) stating that ALCS estimated that the administration cost to disseminate the Notice and distribute settlement checks would be $20,969.

4. As of December 29, 2016, the total settlement administration costs incurred to date are $5,321.70.

5. ALCS anticipates that the total settlement administration costs will be at or below the $20,969 previously estimated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on December 29, 2016.

                                                              Steven R. Platt