# EXHIBIT A
## TO EXHIBIT 2

## CLASS COUNSEL LODESTAR
### (through December 28, 2016)

| | CADDELL & CHAPMAN | | | | | | | DHF LAW, INC. | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Michael Caddell | Cynthia Chapman | Kathy Kersh | Felicia Labbe | Tatiana Lutomski | Amy Tabor | Benjamin Wickert | Devin Fok | Joseph Lee | |
| Written Discovery | 14.3 | 4.4 | 14.4 | 1.8 | 18.1 | 22.7 | 59.1 | 5.3 | | 140.1 |
| Review and analysis of consumer reports | | | 90.9 | | 157.3 | | 56.9 | | | 305.1 |
| Discovery Motions | | | | | | 8.2 | 10.3 | | | 18.5 |
| Depositions and Preparation | 3.7 | 1 | 2.4 | 0.3 | 6 | 4.7 | 69.9 | 19.1 | | 107.1 |
| Communication with Co-Counsel, Opposing Counsel & Clients | 42.1 | 41.8 | 1.3 | | 4.7 | 12.8 | 45.4 | 3.3 | | 151.4 |
| Legal Research | 1.2 | | | | 11 | 4 | 17.5 | | | 33.7 |
| Pleadings and Motion Practice | 37.1 | 39.5 | 13.9 | 13 | 21.1 | 73.4 | 252.4 | 1.6 | 5.4 | 457.4 |
| Hearings and Preparation | 66.1 | 17.3 | 15.5 | 5.5 | 5 | 1.6 | 12.8 | | | 123.8 |
| Magistrate Settlement Conference and Preparation | 23.6 | 15.6 | 3.5 | 0.3 | | 1.9 | 30.3 | | | 75.2 |
| Class Certification Notice/Administration | 11.9 | 4.6 | 9 | 1 | | 4.3 | 29 | | | 59.8 |
| Settlement and Preliminary Approval | 21 | 19.6 | 10.8 | 4.4 | | 5 | 57.8 | 1.1 | | 119.7 |
| **Total Hours** | **221** | **143.8** | **161.7** | **26.3** | **223.2** | **138.6** | **641.4** | **30.4** | **5.4** | **1591.80** |
| **Rate** | $900 | $725 | $250 | $175 | $175 | $525 | $425 | $600 | $425 | |
| **TOTAL LODESTAR** | $198,900.00 | $104,255.00 | $40,425.00 | $4,602.50 | $39,060.00 | $72,765.00 | $272,595.00 | $18,240.00 | $2,295.00 | $753,137.50 |