# EXHIBIT B

## TO EXHIBIT 2

## S2VERIFY EXPENSE SUMMARY
## FROM THE BEGINNING OF TIME

| | CADDELL & CHAPMAN | DHF LAW, INC. | Total |
|---|---|---|---|
| Airfare | $1,620.12 | $455.46 | |
| Claim Administration - ALCS | $7,624.82 | | |
| Cost of Discovery - DEVERUS | $925.00 | | |
| Database Hosting - LEXBE | $1,656.23 | | |
| Deliveries | $1,351.82 | | |
| Deposition Costs | $6,551.55 | | |
| E-Discovery Consultant Services - LEXBE | $5,580.29 | | |
| Filing Fees | $315.73 | $466.50 | |
| Food | $2,647.37 | | |
| Hotel/Lodging/Accommodation | $3,307.05 | $202.00 | |
| Mileage | $2,490.00 | | |
| Other | $120.00 | | |
| Outside Professional Services | $363.68 | | |
| Postage | $37.76 | | |
| Printing | $2,164.40 | | |
| Rental Car | $152.36 | | |
| Reproduction | $25.80 | | |
| Research Materials | $3,788.60 | $76.90 | |
| Supplies | $50.01 | | |
| Taxi & Parking | $355.70 | $24.95 | |
| Telephone/Fascimile | $14.41 | $7.00 | |
| Tips, Internet, Misc. | $212.00 | | |
| **Subtotal** | **$41,354.70** | **$1,232.81** | |
| **Adjustment** | **-$2,000.00** | | |
| **GRAND TOTAL** | **$39,354.70** | **$1,232.81** | **$40,587.51** |