# EXHIBIT 3

| | |
|---|---|
| 1 | Michael A. Caddell (State Bar No. 249469) |
|   | mac@caddellchapman.com |
| 2 | Cynthia B. Chapman (State Bar No. 164471) |
|   | cbc@caddellchapman.com |
| 3 | Amy E. Tabor (State Bar No. 297660) |
|   | aet@caddellchapman.com |
| 4 | Benjamin C. Wickert (admitted *pro hac vice*) |
|   | bcw@caddellchapman.com |
| 5 | CADDELL & CHAPMAN |
|   | 1331 Lamar, Suite 1070 |
| 6 | Houston TX 77010-3027 |
|   | Telephone: (713) 751-0400 |
| 7 | Facsimile: (713) 751-0906 |
| 8 | Devin H. Fok (State Bar No. 256599) |
|   | devin@devinfoklaw.com |
| 9 | DHF LAW |
|   | 234 Colorado Blvd., 8th Floor |
| 10 | Pasadena CA 91101 |
|    | Telephone: (310) 430-9933 |
| 11 | Facsimile: (818) 484-2023 |
| 12 | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REGMON HAWKINS, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiff*,<br><br>    v.<br><br>S2VERIFY, *a foreign limited liability company*,<br><br>    *Defendant*. | CASE NO. 4:15-CV-03502-WHA<br><br>**DECLARATION OF DEVIN H. FOK IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

**<u>DECLARATION OF DEVIN H. FOK</u>**

1

I, DEVIN H. FOK, declare:

1. I am one of the lead counsel of record for Plaintiff Regmon Hawkins in the above-cited case. I make this Declaration in support of Plaintiffs' Motion for Attorney's Fees and Costs. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am the owner and proprietor of DHF Law, P.C., and I am a 2007 graduate of the University of California Los Angeles School of Law. I have been appointed by this Court as one of the Class Counsel in this action. (*See* Dkt. 82 at 12.). My relevant experience, expertise, and a listing of other cases in which I was appointed as class counsel is set out in more detail in my previous declaration submitted in this case. (See Dkt. 65-8.)

3. My hours are contemporaneously recorded using an online-based record keeping software, Case Notes. As of today, I have personally spent more than 30.4 hours on this case. Those hours relate mostly to initial factual investigation, discovery (including defending Plaintiff Regmon Hawkins's deposition in Oakland, California and assisting my co-counsel, Caddell & Chapman, with responding to discovery requests), consulting with Caddell & Chapman on strategic decisions, and communicating about the case to Mr. Hawkins. My firm took this case wholly on a contingent basis.

4. An attorney who worked as Counsel to my firm, Joseph Lee, spent approximately 5.4 hours in this action drafting and revising the Original Complaint. Mr. Lee is a 2006 graduate of the University of California Los Angeles School of Law. He has significant experience representing individuals in employment and consumer law matters.

5. The total hours my firm spent on this case is 35.8 hours. My hourly rate, which was recently approved in *Watkins v. HireRight, Inc.*, Case No. 3:13-cv-01432-

MMA-BLM (C.D. Ca 2013), is $600 per hour. Mr. Lee's hourly rate is $425 per hour. As of December 28, 2016, my firm's combined lodestar is $20,535.00.

6. Both my rate and Mr. Lee's rate are reasonable and customary for attorneys of our background and experience practicing within the Northern District of California.

7. I have incurred $1,232.81 in costs related to the complaint filing fee, as well as for my travels to Oakland from Los Angeles to defend the deposition of the Named Plaintiff. A summary of those expenses is included in the chart attached as Exhibit B to my co-counsel Michael Caddell's declaration.

8. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed December 28, 2016 at Pasadena, California.

                                                       /s/ Devin H. Fok_____
                                                       Declarant, Devin H. Fok