**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO**

| | |
|---|---|
| REGMON L. HAWKINS, i*ndividually and on behalf of all others similarly situated*,<br><br>*Plaintiff,*<br><br>*v.*<br><br>S2VERIFY, *a foreign limited liability company,*<br><br>*Defendant.* | Case No. 3:15-cv-03502 WHA<br><br>**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**<br><br>Date:   February 9, 2017<br>Time:  8:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>Hon.   William H. Alsup<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES,
EXPENSES, AND SERVICE AWARD**

Before the Court is the Plaintiff's Unopposed Motion for Attorneys' Fees, Expenses, and Class Representative Service Award and Memorandum of Law in Support (the "Motion," Dkt. ___) filed by Plaintiff Regmon Hawkins, individually and on behalf of the class certified in this case (the "Class"). The Court has reviewed the motion, the declarations of counsel, and the supporting materials therein.

The Court finds that the attorneys' fees requested by Class Counsel Caddell & Chapman and DHF Law in the amount of $272,687.50, which constitutes 25% of the Settlement Fund established by the parties' Settlement, is fair, reasonable, and necessary for the results obtained on behalf of the Class. The Court finds that the requested expenses award of $40,587.51 reflects expenses that were reasonable, necessary, and directly related to the prosecution of the action. The Court finds that the requested service award of $1,000 by lead plaintiff and class representative Regmon L. Hawkins is reasonable and proper to compensate him for the time and effort he expended pursuing this litigation as well as the loyalty he demonstrated to the class.

It is hereby ORDERED that Class Counsel is awarded attorneys' fees in the amount of $272,687.50 and expenses in the amount of $40,587.51, and Regmon L. Hawkins is awarded a service award of $1,000. All of these amounts are to be paid out of the Settlement Fund established by the parties' Settlement Agreement.

IT IS SO ORDERED.

Dated: _____       By: _____
                                       Hon. William Alsup
                                       United States District Judge