# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| REGMON L. HAWKINS, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>S2VERIFY, *a foreign limited liability company,*<br><br>*Defendant.* | Case No. 3:15-cv-03502 WHA |

# DECLARATION OF STEVEN R. PLATT REGARDING CLASS MAILING AND ADMINISTRATION

I, Steven R. Platt, declare as follows:

1. I am a competent adult, over the age of eighteen, and this declaration is based upon my personal knowledge.

2. I am an employee of American Legal Claim Services, LLC ("ALCS"). ALCS was appointed as the Class Administrator for the purpose of administering the direct mailing to class members and assisting with processing opt-outs to the Class. I was principally responsible for overseeing the dissemination of notice to the Class and processing of any opt-outs to the Class.

3. In the above-referenced case, I previously submitted declarations regarding dissemination of the notice of class certification and request for exclusion form (Doc. 102-2), which was filed October 20, 2016, and regarding class settlement mailing and administration (Doc. 108-1), which was filed January 19, 2017.

4. Pursuant to the Order Approving Class Notice Plan (Doc. 88), on September 6, 2016, ALCS caused the mailing of the Notice of Class Certification and Request for Exclusion (the "Initial Notice") via United States Postal Service ("USPS") First-Class postage pre-

paid, to all 4,363 Class Members. (*See* Dkt. 102-2 at Ex. A.)

5. The Initial Notice directed Class Members who wished to be excluded to mail their Exclusion Request postmarked by October 7, 2016, to ALCS. ALCS received 3 valid Exclusion Requests. Attached hereto as Exhibit A, is a listing of the 3 Class Members who filed valid Exclusion Requests.

6. On November 22, 2016, ALCS caused the mailing of the Notice of Proposed Class Action Settlement and Final Approval Hearing ("Settlement Notice"), attached hereto as Exhibit B, to the 4,360 Class Members who did not file Exclusion Requests.

7. Of the 4,360 Settlement Notices mailed, 473 were returned as undeliverable by the USPS. We received an additional 2 Settlement Notices that had forwarding addresses, and we re-mailed the Settlement Notice to the forwarding address. Additionally, ALCS submitted the 473 undeliverable addresses to a nationally recognized location service to obtain and update the Class Member's addresses. As of January 19, 2017, ALCS had obtained updated addresses and re-mailed 336 Settlement Notices. Of these 336 re-mailed Settlement Notices 7 were returned by the USPS as undeliverable.

8. The following is a summary of the mailing of the Settlement Notice associated with this Class, as of January 25, 2017:
    a. Total number of Class Members: 4,360
    b. Total number initially mailed: 4,360
    c. Total number of mailed initial notices that were returned and processed, for which no forwarding or updated address was found: 137
    d. Total number of Settlement Notices re-mailed to updated addresses that were returned as undeliverable: 7
    e. Total number of Class Members for whom no good address can be found: 144
    f. Presumed Settlement Notice delivery rate: 96.7%

9. The Settlement Notice directed Class Members to file any objections to the Settlement with the Court so that they are received no later than January 19, 2017. As of January 25, 2017, ALCS has not received any objections to the Settlement.

10. As of January 25, 2017, the total administration costs incurred to date are $5,476.26.

11. ALCS calculates the remaining cost to complete the administration to be $11,105.40, for a total administration cost of $16,581.66. The remaining costs include issuance of class member checks, processing returns, re-issuing checks to updated addresses, distribution account fees, project management, reconciliations, reporting and the annual QSF tax return.

12. In accordance with the Court's preliminary approval order, ALCS also assisted S2Verify with mailing notices of the Settlement to the Attorney General of the United States and the Attorneys General of each of the 43 states in which a Class Member resides, as required by the Class Action Fairness Act, 28 U.S.C. § 1715. Each of the notices was successfully delivered. (See Ex. C, Chart listing Attorneys' General and verification of mailing.) No Attorneys General object to the settlement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on January 25, 2017.

*[signature]*

Steven R. Platt

# EXHIBIT A

EXHIBIT A
EXCLUSION LISTING

| Exclusion No. | Name |
|---|---|
| 90001 | AMANDA COLLINS |
| 90002 | DARCY MCFAYDEN |
| 90003 | ROBERTO LOWE |

# EXHIBIT B

*A FEDERAL COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER. THIS IS NOT A LAWSUIT AGAINST YOU, AND YOU ARE NOT BEING SUED. HOWEVER, THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Hawkins v. S2Verify, LLC, et al.*
Case No. 3:15-cv-03502-WHA

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND FINAL APPROVAL HEARING

**ATTENTION:** You are receiving this Notice because records indicate that S2Verify, LLC ("S2Verify") provided an employment background check about you to a potential employer between June 16, 2013 and February 28, 2014 and that report may have contained information about non-conviction criminal history information pre-dating the report by more than seven years.

Based on the information provided by S2Verify in connection with the lawsuit entitled *Hawkins v. S2Verify, LLC, et al.,* Case No. 3:15-cv-03502-WHA (the "Lawsuit"), **you are a class member entitled to payment from the settlement of the Lawsuit.** Your estimated Settlement Payment is $172. This amount may increase or decrease depending on the Court's orders.

This Notice summarizes the proposed settlement. For the precise terms and conditions of the settlement, please see the settlement agreement available at www.S2Vclass.caddellchapman.com, by contacting class counsel at 713-751-0400, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS. IF YOU HAVE QUESTIONS, PLEASE CONTACT CADDELL & CHAPMAN AT 713-751-0400.

### 1. WHY SHOULD YOU READ THIS NOTICE?

On November 4, 2016, the Court ordered that this Notice be mailed to you regarding the proposed Settlement. Because your rights may be affected by the proposed Settlement, it is extremely important that you read this Notice carefully. S2Verify's records show that S2Verify provided an employment background check about you to a potential employer between June 16, 2013 and February 28, 2014 and that report may have contained information about non-conviction criminal history information pre-dating the report by more than seven years. Therefore, you are believed to be a Class Member.

This Notice is not to be understood as an expression of any opinion by the Court as to the merits of any claims or defenses asserted by any party in the Lawsuit. This Notice is sent for the sole purpose of informing you of the Lawsuit and the terms of the proposed Settlement so that you can make your own decisions. In the event of any conflicts between this Notice and the Settlement Agreement, the terms of the Settlement Agreement will control.

## 2. WHAT IS THIS LAWSUIT ABOUT?

- Regmon L. Hawkins applied to IPC International, Inc. ("IPC") for a job as a security guard in June of 2013. As part of the pre-employment process, IPC requested a background report on Hawkins from S2Verify. Hawkins brought a lawsuit against S2Verify, alleging that his background report contained non-conviction criminal history information from more than seven years before the date of his report, in violation of Section 1681c(a) of the Fair Credit Reporting Act ("FCRA"). This lawsuit was filed in the United States District Court for the Northern District of California and is entitled *Hawkins v. S2Verify,* Case No. 3:15-cv-03502-WHA.

- Counsel for Hawkins, and the attorneys appointed by the Court to represent the class, Caddell & Chapman and DHF Law ("Class Counsel"), investigated and researched the facts and circumstances underlying the issues raised in the case and the applicable law. While Class Counsel believe that the claims alleged in this lawsuit have merit, Class Counsel also recognize that the risk and expense of continued litigation justify settlement. Therefore, Class Counsel believe the proposed settlement is fair, adequate, reasonable, and in the best interests of Class Members.

- S2Verify has denied, and continues to deny, the factual and legal allegations in the case and believe that they have valid defenses to Plaintiff claims. By agreeing to settle, S2Verify is not admitting liability on any of the factual allegations or claims in the case. S2Verify agreed to settle the case as part of a compromise with Plaintiff.

## 3. THE PROPOSED SETTLEMENT

- For purposes of settlement, and without admitting any liability, S2Verify has agreed to pay money to those class members who have not excluded themselves from the settlement ("Class Members"). The following is a summary of the consideration contained in the proposed Settlement Agreement. The Settlement will apply to all Class Members. The term "Class Members" is defined as:

    (1) Regmon L. Hawkins and (2) all other natural persons within the United States (including all territories and other political subdivisions of the United States) (a) who were the subject of a consumer report S2VERIFY furnished to Chase Professionals, IPC International, Inc., Foodtemps, Inc. d/b/a Foodstaff, Mississippi Gaming Commission, StaffMasters, Inc., T&T Staff Management, Inc., Tarrant Regional Water District, TRC Staffing Services, or United Refining Company, (b) from June 16, 2013 through February 28, 2014, and (c) whose report contained any public record of criminal arrest, charge, information, indictment, or other adverse item of information other than records of an actual conviction of a crime, which antedated the report by more than 7 years. Excluded from the class definition are any employees, officers, or directors of S2VERIFY, any attorneys appearing in this case, and any judges assigned to hear this case as well as their immediate family and staff.

- If you are a Class Member, and the Settlement receives final approval from the Court, then you will be eligible to receive benefits for which you may qualify under the Settlement Agreement. If the proposed Settlement is not approved, then the offer of settlement will be deemed withdrawn, and the case will proceed in Court as if no settlement had ever been made.

- The payment to be made under the proposed Settlement Agreement is as follows:

- In exchange for a release of claims (described below) and a dismissal of the Lawsuit, S2Verify will pay $1,090,750.00, into a common fund (the "Settlement Fund") from which each Class Member will be paid in the form of a check.

- The amount each class member will receive from the Settlement Fund is still to be determined. But, each class member will receive an estimated amount of $250 **minus** (1) any attorneys' fees, costs, and service award that the Court may award, and (2) any fees for administration of the Settlement.

- You do not need to pay attorneys' fees to either Class Counsel or the attorneys for S2Verify. Class Counsel will request that the Court award them attorneys' fees in an amount of $272,687.50, which represents 25% of the Settlement Fund.

- Class Counsel will request that the Court reimburse their expenses incurred in the Lawsuit, which as of the date of this Notice are approximately $42,002.77.

- Class Counsel will request, on behalf of Hawkins, that the Court approve a service award in the amount of $1,000, to be paid from the Settlement Fund, as compensation for his time and efforts expended on behalf of the Class.

Based on the best estimates to date, the **estimated** amount you will receive under the Settlement is $172.

## 4. WHAT DO YOU NEED TO DO?

**TO PARTICIPATE IN THIS SETTLEMENT AND RECEIVE YOUR SETTLEMENT AWARD, YOU DO NOT HAVE TO DO ANYTHING.** However, you have a right to object to the Settlement. Your options are listed below:

### A. Participate in the Settlement and Automatically Receive a Payment.

To participate in this Settlement and receive your Settlement Award, you do not have to do anything.

If the proposed Settlement is approved by the Court and you have not submitted a request for exclusion, you will be eligible to receive a settlement award, will be bound by the Settlement, and will be barred from hereafter initiating or participating in any lawsuit or proceeding regarding Released Claims in this Settlement as described below.

### B. Object to the Settlement.

If you stay in the Class, you can object to the Settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the settlement. If the Court denies the Settlement, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

To object, you must send a letter saying that you object to the Settlement in *Hawkins v. S2Verify, LLC, et al.,* Case No. 3:15-cv-03502-WHA. Be sure to include (1) your full name, current address, email address and telephone number, (2) each objection and the specific legal and factual basis you have for making it, (3) a signed verification stating that you are a member of the Class, (4) a list of all cases, by name and case number, in which you and/or your counsel have filed or in any way participated in—financially or otherwise—objections to a class action settlement in the previous five (5) years; and (5) copies of any papers in support of your objection.

If you submit your objection through your own lawyer, your submission must include, in addition to the information above, (1) the identity and number of the Class Member(s) represented by your counsel; (2) the number of such represented Class Members who have opted out of the Class; and (3) the number of such represented Class Members who have remained in the Class and have not objected.

If you and/or your counsel intend to appear at the Final Approval Hearing, your lawyer must enter a written Notice of Appearance of Counsel with the clerk of the court no later than February 2, 2017 that includes the full caption and case number of each previous class action case in which that counsel has represented an objector.

**If you choose to file an objection, it must be submitted in accordance with the previous paragraphs so that the objection and supporting materials are received by the Court and the Parties no later than January 19, 2017. If you do not submit a timely objection in accordance with this Section 4(B), you will not be treated as having filed a valid objection to the Settlement and will lack standing and forever be barred from raising any objection to the Settlement and from any adjudication or review of the Settlement by appeal or otherwise.**

Mail your objection to these three different places so that they are received no later than January 19, 2017:

> **To the Court:**
> Clerk of Court
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> San Francisco, CA 94102-3489
>
> **To Class Counsel:**
> Caddell & Chapman
> Re: Hawkins v. S2Verify Objection
> 628 E. 9th Street
> Houston, Texas 77007
>
> **To Defense Counsel:**
> Wolfe & Wyman LLP
> Re: Hawkins v. S2Verify Objection
> 2175 N. California Blvd., Suite 645
> Walnut Creek
> CA 94596-3579

## 5. FINAL APPROVAL HEARING

A hearing to finally approve the Settlement is scheduled for February 9, 2017, at 8:00 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 (the "Final Approval Hearing"). After the hearing, the Court will decide whether to approve the Settlement. We do not know how long the Court will take to make its decision. In addition, the hearing may be continued at any time by the Court without further notice to you. **This date is subject to change without any notice.**

At the Final Approval Hearing, any Class Member may appear and object to the proposed Settlement. However, no one will be heard at the hearing, and no papers or briefs will be considered by the Court, unless the procedures set forth in Section 4(B) of this Notice have been followed. Class Members who do not timely make objections in the manner provided by this Notice will be considered to have given up the right to make an objection.

## 6. THE LAWYERS REPRESENTING YOU

### DO I HAVE A LAWYER IN THIS CASE?

The Court decided that the law firms of Caddell & Chapman of Houston, Texas and DHF Law of Pasadena, California, are qualified to represent you and all Class Members. Together the law firms are called "Class Counsel." They are experienced in handling similar cases against other companies like S2Verify. More information about these law firms, their practices, and their lawyers' experience is available at www.caddellchapman.com and http://www.dhflawyer.com/.

### SHOULD I GET MY OWN LAWYER?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to hire that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### HOW WILL THE LAWYERS BE PAID?

Class Counsel will request attorneys' fees in the amount of 25% of the Settlement Fund. You will not have to pay these fees. If the Court grants Class Counsel's request, the fees will be deducted from the Settlement Fund.

## 7. WHAT ARE YOU GIVING UP BY STAYING IN THE CLASS?

By staying in the Class, this means that you cannot sue, continue to sue, or be part of any other lawsuit against S2Verify and certain affiliated companies and people about the legal claim settled in this Settlement Agreement if it is approved. It also means that all of the Court's orders will apply to you and legally bind you.

As part of the Settlement, Hawkins has agreed to dismiss any and all claims of the Class Members that S2Verify violated sections 1681c and 1681n of the Fair Credit Reporting Act arising out of their consumer reports prepared by S2Verify and that Hawkins asserts on behalf of the Class. This means that all persons who have not opted out of the Class will be barred from bringing such claims on their own, even if they do not receive a check.

The full language of the Release is as follows:

> In exchange for the relief described in this Settlement Agreement, and effective immediately upon filing the Stipulation of Dismissal referenced in the previous paragraph, Class Members, on behalf of themselves and their respective spouses, heirs, executors, trustees, guardians, wards, administrators, representatives, agents, attorneys, partners, successors, predecessors and assigns, and all those acting on their behalf, completely, finally and forever release and discharge S2Verify of, and from, any and all claims under 15 U.S.C. §§ 1681c and 1681n of the FCRA arising out of their consumer reports prepared by S2Verify and which Plaintiff asserts on behalf of the certified Class.

## 8. HOW DO I FIND OUT MORE INFORMATION

Visit the website www.S2Vclass.caddellchapman.com where you will find the Court's Order Granting Preliminary Approval, the Court's Order Certifying the Class, the Complaint that the Plaintiff submitted, S2Verify's Answer to the Complaint, and a copy of the Settlement Agreement and its exhibits. You may also speak to one of the lawyers by calling 713-751-0400, or by writing to: Hawkins v. S2Verify Class Action, Caddell & Chapman, 628 E. 9th Street, Houston, TX 77007.

# EXHIBIT C

EXHIBIT C
CHART LISTING ATTORNEY GENERAL CAFA NOTICE VERIFICATION OF MAILING

| NAME | ATTENTION | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP | DELIVERY STATUS |
|---|---|---|---|---|---|---|---|
| LUTHER STRANGE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF ALABAMA | 501 WASHINGTON AVE, PO BOX 300152 | MONTGOMERY | AL | 36130 | Return Receipt |
| LESLIE RUTLEDGE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OR ARKANSAS | 323 CENTER ST, STE 200 | LITTLE ROCK | AR | 72201 | Return Receipt |
| MARK BRNOVICH | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF ARIZONA | 1275 WEST WASHINGTON ST | PHOENIX | AZ | 85007 | Verified Delivery/Stamps.com |
| KAMALA D HARRIS | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF CALIFORNIA | 1300 I STREET SUITE 1740 | SACRAMENTO | CA | 95814 | Return Receipt |
| CYNTHIA H COFFMAN | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF COLORADO | 13 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | Return Receipt |
| GEORGE JEPSEN | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF CONNECTICUT | 55 ELM ST | HARTFORD | CT | 06106 | Return Receipt |
| KARL A RACINE | OFFICE OF THE CORPORATE COUNSEL | DISTRICT OF COLUMBIA CORP COUNSEL | 441 4TH ST NW, SUITE 1100S | WASHINGTON | DC | 20001 | Verified Delivery/Stamps.com |
| LORETTA E LYNCH | US DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530 | Return Receipt |
| MATTHEW DENN | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF DELAWARE | 820 N FRENCH ST CARVEL ST, OFFICE BLDG | WILMINGTON | DE | 19801 | Return Receipt |
| PAM BONDI | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF FLORIDA | THE CAPITAL PL01 | TALLAHASSEE | FL | 32399 | Return Receipt |
| SAM OLENS | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF GEORGIA | 40 CAPITOL SQUARE, SW | ATLANTA | GA | 30334 | Return Receipt |
| DOUGLAS S CHIN | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF HAWAII | 425 QUEEN ST | HONOLULU | HI | 96813 | Return Receipt |
| THOMAS MILLER | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF IOWA | 1305 E WALNUT ST | DES MOINES | IA | 50319 | Return Receipt |
| LISA MADIGAN | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF ILLINOIS | JAMES R THOMPSON CTR, 100 W RANDOLPH ST | CHICAGO | IL | 60601 | Return Receipt |
| GREG ZOELLER | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF INDIANA | INDIANA GOVT CTR S, 5TH FLOOR, 302 W WASHINGTON ST | INDIANAPOLIS | IN | 46204 | Return Receipt |
| DEREK SCHMIDT | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF KANSAS | 120 SW 10TH AVE 2ND FL | TOPEKA | KS | 66612 | Return Receipt |
| ANDY BESHEAR | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF KENTUCKY | 700 CAPITOL AVENUE, CAPITOL BLDG STE 118 | FRANKFORT | KY | 40601 | Return Receipt |
| JEFF LANDRY | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF LOUISIANA | PO BOX 94095 | BATON ROUGE | LA | 70804 | Return Receipt |
| BRIAN FROSH | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF MARYLAND | 200 ST PAUL PLACE | BALTIMORE | MD | 21202 | Return Receipt |
| BILL SCHUETTE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF MICHIGAN | PO BOX 30212 | LANSING | MI | 48909 | Return Receipt |
| LORI SWANSON | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF MINNESOTA | STATE CAPITOL SUITE 102 | ST PAUL | MN | 55155 | Return Receipt |
| CHRIS KOSTER | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF MISSOURI | SUPREME COURT BLDG, 207 W HIGH ST | JEFFERSON CITY | MO | 65101 | Return Receipt |
| JIM HOOD | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF MISSISSIPPI | P O BOX 220 | JACKSON | MS | 39205 | Return Receipt |
| ROY COOPER | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF NORTH CAROLINA | DEPARTMENT OF JUSTICE P O BOX 629 | RALEIGH | NC | 27602 | Verified Delivery/Stamps.com |
| WAYNE STENEHJEM | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF NORTH DAKOTA | STATE CAPITOL, 600 E BLVD AVE | BISMARCK | ND | 58505 | Verified Delivery/Stamps.com |
| DOUG PETERSON | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF NEBRASKA | STATE CAPITOL P O BOX 98920 | LINCOLN | NE | 68509 | Return Receipt |
| CHRISTOPHER S PORRINO | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF NEW JERSEY | 25 MARKET ST, PO BOX 080 | TRENTON | NJ | 08625 | Return Receipt |
| HECTOR BALDERAS | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF NEW MEXICO | P O DRAWER 1508 | SANTE FE | NM | 87504 | Return Receipt |
| ADAM PAUL LAXALT | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF NEVADA | 100 N CARSON ST OLD SUPREME COURT BLDG | CARSON CITY | NV | 89701 | Return Receipt |
| ERIC SCHNEIDERMAN | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF NEW YORK | THE CAPITOL 2ND FL | ALBANY | NY | 12224 | Return Receipt |
| MIKE DEWINE | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF OHIO | STATE OFFICE TOWER 30 E BROAD ST | COLUMBUS | OH | 43215 | Return Receipt |
| SCOTT PRUITT | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF OKLAHOMA | 313 NE 21ST STREET | OKLAHOMA CITY | OK | 73105 | Return Receipt |
| ELLEN F ROSENBLUM | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF OREGON | JUSTICE BLDG 1162 COURT ST NE | SALEM | OR | 97301 | Return Receipt |
| BRUCE R BEEMER | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF PENNSYLVANIA | 1600 STRAWBERRY SQUARE | HARRISBURG | PA | 17120 | Return Receipt |
| ALAN WILSON | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF SOUTH CAROLINA | P O BOX 11549 REMBERT DENNIS OFFICE BLDG | COLUMBIA | SC | 29211 | Return Receipt |
| HERBERT H SLATERY | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF TENNESSEE | 425 5TH AVENUE NORTH | NASHVILLE | TN | 37243 | Return Receipt |
| KEN PAXTON | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF TEXAS | CAPITOL STATION P O BOX 12548 | AUSTIN | TX | 78711 | Return Receipt |
| SEAN REYES | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF UTAH | STATE CAPITOL BLDG 236 | SALT LAKE CITY | UT | 84114 | Return Receipt |
| MARK HERRING | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF VIRGINIA | 202 NORTH NINTH STREET | RICHMOND | VA | 23219 | Return Receipt |
| BOB FERGUSON | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF WASHINGTON | 1125 WASHINGTON ST SE P O BOX 40100 | OLYMPIA | WA | 98504 | Return Receipt |
| BRAD SCHIMEL | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF WISCONSIN | STATE CAPITOL, ROOM 114 EAST, PO BOX 7857 | MADISON | WI | 53707 | Return Receipt |
| PATRICK MORRISEY | OFFICE OF THE ATTORNEY GENERAL | ATTORNEY GENERAL OF WEST VIRGINIA | STATE CAPITOL, 1900 KANAWHA BLVD E | CHARLESTON | WV | 25305 | Return Receipt |

COUNT   42