# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO**

| | |
|---|---|
| REGMON L. HAWKINS, i*ndividually and on behalf of all others similarly situated,*<br><br>　　　　*Plaintiff,*<br><br>　　　v.<br><br>S2VERIFY, *a foreign limited liability company,*<br><br>　　　　*Defendant.* | Case No. 3:15-cv-03502 WHA<br><br>**DECLARATION OF BENJAMIN C. WICKERT IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　February 6, 2017<br>Time:　Noon<br>Place:　Courtroom 8, 19th Floor<br>Hon.　William H. Alsup |

**DECLARATION OF BENJAMIN C. WICKERT IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Benjamin C. Wickert, declare as follows:

1. My name is Benjamin C. Wickert. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am one of the attorneys working on behalf of Plaintiff Regmon L. Hawkins and the Class in the above-styled litigation, and I work at the law firm of Caddell & Chapman. I am licensed to practice law in the State of Texas, and have been a member of the Texas Bar in good standing since 2008. I am admitted to practice in this case *pro hac vice*. I provide this Declaration in support of Plaintiff's motion for final approval of class action settlement. I previously submitted a declaration in this case in support of the Plaintiff's Motion for Class Certification (Dkt. 65-4.)

3. I have maintained close contact with American Legal Claim Services (ALCS), the Court-appointed class administrator in this case, with respect to administration and mailing of the notices of class certification and notice of settlement. One of the tasks I assisted with was setting

up a website that included all pertinent pleadings, motions, orders, and a copy of the Settlement Agreement with its exhibits.

4. Also, my firm's paralegal Kathy Kersh and I have taken calls from Class Members inquiring about the settlement reached in this case. In total, as of January 25, 2017, we fielded more than 95 phone calls from Class Members. Most of the calls from Class Members involved questions about why they were receiving the settlement notice, what, if anything, they needed to do to obtain any benefits under the settlement, or to provide their updated mailing address. Of those callers, none expressed any concerns, objections, or dissatisfaction with the settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 26, 2017, Houston, Texas.

          /s/ Benjamin C. Wickert
          Benjamin C. Wickert