IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGMON L. HAWKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

S2VERIFY, LLC,

    Defendant.

No. C 15-03502 WHA

**ORDER REQUIRING RESPONSE RE JOINT STATUS REPORT**

Plaintiff's motion for final approval calculated that 4,216 class members would receive payouts from the settlement fund by subtracting 144 class members, for whom no addresses had been found, from the total 4,360 (Dkt. No. 109 at 1–2 & n.1). The parties subsequently reported that the number of class members for whom notices remained undeliverable had dropped from 144 to 66 (Dkt. No. 115 at 2). Instead of subtracting those 66 from the total 4,360, however, the parties subtracted 66 from plaintiff's prior calculation of 4,216 and concluded that only 4,150 class members would receive payouts (*id.* at 3). By **MAY 5 AT 5:00 P.M.**, the parties shall file a response explaining how they arrived at this latter conclusion.

**IT IS SO ORDERED.**

Dated: May 4, 2017.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE