# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

REGMON L. HAWKINS, i*ndividually and on behalf of all others similarly situated*,

*Plaintiff,*

v.

S2VERIFY, *a foreign limited liability company,*

*Defendant.*

Case No. 3:15-cv-03502 WHA

~~[PROPOSED]~~ **FINAL JUDGMENT**

Date:
Time:
Place: Courtroom 8, 19th Floor
Hon.   William ~~H.~~ Alsup

CLASS ACTION
JURY TRIAL DEMANDED

## ~~[PROPOSED]~~ FINAL JUDGMENT

On May 5, 2017, the Court entered an Order granting final approval of the class action settlement, and granting an award of attorneys' fees, costs, class administration costs, and an incentive award to lead plaintiff Regmon L. Hawkins (Dkt. 120).

The Court hereby orders that the claims of Plaintiff Regmon L. Hawkins in this case are dismissed, with prejudice. This is a final judgment dismissing all pending claims in this lawsuit. Hawkins and the other Class Members identified in the chart attached hereto as Exhibit 1 are bound by all terms of the Amended Settlement Agreement and Release (Dkt. 102-1), including the release of claims specified in Section 10.2, and by this Judgment.

The Court further orders that the persons identified in the chart attached as Exhibit 2 are excluded from the Class. Nothing in the terms of the Settlement Agreement (including the release of claims) shall apply to them.

The Clerk of the Court is ordered to enter this final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure as to all claims against Defendant S2Verify under 15 U.S.C. §§ 1681c and 1681n of the FCRA.

Without in any way affecting the finality of this order and final judgment as to the Parties with regard to the settled claims, the Court retains and reserves jurisdiction over the litigation and

the parties to the settlement to enter any future orders as may be necessary for the implementation, enforcement, construction and interpretation of the Settlement Agreement as to the released claims.

IT IS SO ORDERED.

Dated: May 16, 2017.　　　　　By:　　　*/s/ William Alsup*
　　　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　　　United States District Judge