IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| REGMON L. HAWKINS, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>S2VERIFY, *a foreign limited liability company,*<br><br>*Defendant.* | Case No. 3:15-cv-03502 WHA<br><br>**[PROPOSED] ORDER APPOINTING CY PRES BENEFICIARY**<br><br>Date:<br>Time:<br>Place:  Courtroom 8, 19th Floor<br>Hon.    William H. Alsup<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER APPOINTING CY PRES BENEFICIARY

Before the Court is the parties' Joint Status Report and Request for Approval of Cy Pres Beneficiary (Dkt. ____). The Court finds that the agreed-upon *cy pres* beneficiary of the parties, Volunteers of America – Northern California & Northern Nevada, is appropriate for this case.

As the parties noted in their Joint Status Report, the class administrator has completed the two distributions of funds to Class Members as required by the settlement agreement. As of December 6, 2017, there was approximately $29,560.73 in unclaimed funds (including 22 checks totaling $3,341.60 that remain outstanding, but will expire on December 27).

In accordance with the terms of the settlement agreement (Dkt. 102-1) approved by this Court (Dkt. 120), Volunteers of America – Northern California & Northern Nevada is hereby approved as *cy pres* beneficiary, and all unclaimed settlement funds shall be distributed to it.

IT IS SO ORDERED.

Dated: _____        By: _____
                                    Hon. William Alsup
                                    United States District Judge